IDA SELTZER et al., Respondents, v. WALTER C. WILLIAMS, Appellant.—

Present —
Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ.